This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-39649**

**IN THE MATTER OF THE
ESTATE OF RESTIE ARTHUR
SANDOVAL, Deceased.**

**NOAH TRUJILLO,**

Interested Party-Appellant,

and

**CECILIA SANDOVAL, Deceased,**

Petitioner,

v.

**PAUL MADRID, as Personal
Representative of the Estate of
Restie A. Sandoval,**

Respondent-Appellee.

**APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY
James A. Noel, District Judge**

NM Trust and Probate Law Firm, LLC
Monica A. Davis
Albuquerque, NM

Freedman Boyd Hollander Goldberg Urias & Ward P.A.
Frank T. Davis, Jr.
Albuquerque, NM

for Appellant

Matthew B. Landess
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**ATTREP, Judge.**

**{1}**     Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary reversal has been filed, and the time for doing so has expired. **REVERSED.**

**{2}     IT IS SO ORDERED.**

**JENNIFER L. ATTREP, Judge**

**WE CONCUR:**

**JACQUELINE R. MEDINA, Judge**

**ZACHARY A. IVES, Judge**